USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   23 Cr. 673
      -against-                     :
                                    :   ORDER
Stiven Arturo Martinez Nin          :
                                    :
         Defendant                  :
                                    :
------------------------------------X
```

Stewart D. Aaron, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to change home detention enforced with GPS to home detention enforced with radio frequency technology

Dated: New York, New York
       December 21, 2023

SO ORDERED:

_____
Stewart D. Aaron
United States Magistrate Judge