UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                :
UNITED STATES OF AMERICA,           :         23cr673-2 (DLC)
                                                :
         -v-                     :           ORDER
                                                :
STIVEN ARTURO MARTINEZ NIN,       :
                                                :
                  Defendant.         :
                                                :
----------------------------------------X
DENISE COTE, District Judge:

      As set forth on the record at the conference held on May

23, 2024, it is hereby

      ORDERED that C.J.A. counsel Sabrina Shroff is relieved as

counsel in this matter and C.J.A. counsel Christopher Wright is

appointed to represent the defendant.

Dated:     New York, New York
           May 23, 2024

                            _____
                                 DENISE COTE
                United States District Judge