```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     23cr673-2(DLC)
                                         :
          -v-                            :     ORDER
                                         :
STIVEN ARTURO MARTINEZ NIN,              :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on October 7, 2024 at 9:30 AM. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions <u>in limine</u> shall be filed by **September 13**; opposition shall be filed by **September 20**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **September 20**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **September 26, 2024** at **11:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         August 16, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge