```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    23cr673-2 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
STIVEN ARTURO MARTINEZ NIN,               :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea in this matter is scheduled for September 18, 2024 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 6, 2024

_____
DENISE COTE
United States District Judge