```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      23cr673-2 (DLC)
                                          :
               -v-                        :      ORDER
                                          :
STIVEN ARTURO MARTINEZ NIN,               :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of November 25, 2024, it is hereby

ORDERED that the sentencing in this matter is adjourned to January 17, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the defendant's submissions regarding sentencing are due January 3, 2025, and the Government's submissions are due January 10.

Dated:    New York, New York
          December 2, 2024

```
                              _____
                                     DENISE COTE
                              United States District Judge
```