```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    23cr673-2(DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
STIVEN ARTURO MARTINEZ NIN,               :
                                          :
                      Defendant.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record at the sentencing held on January 17, 2025, it is hereby

    ORDERED that the defendant Stiven Arturo Martinez Nin (USM #91719-510) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
           January 17, 2025

                                              _____
                                                     DENISE COTE
                                        United States District Judge